1  Marion Russell Harris, Jr., Pro Se
   An Individual;
   Pamela Ann Harris, an Individual
2  4410 Rossler Road,
   Placerville, California [95667]
3  (530)295-9172
   Pro Se
4

**FILED**

JAN 3 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

5          **THE UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF CALIFORNIA**
6

7  | Marion Russell Harris, Jr., Pro Se an Individual; and Pamela Ann Harris, an Individual | |
   |---|---|
8  |     Plaintiffs, | Case Number 2:11-cv-03279 MCE KJN |
9  | |
10 | |
11 |     vs. | |
12 | Bank of America, N.A. | **MOTION FOR VOLUNTARY WITHDRAWAL OF FIDELITY NATIONAL TITLE INSURANCE COMPANY FROM ABOVE CASE** |
   | 214 N Tryon Street Charlotte, NC 28255 | |
13 | First American Trustee Servicing Solutions, LLC | |
14 | 6 Campus Circle, 2nd Floor Westlake, TX 76262 | |
15 | Wells Fargo Home Mortgage | |
16 | P.O. Box 10368 Des Moines, IA 50306-0368 | |
17 | Real Estate Synthetic Investment Securities Trust | |
18 | P.O. Box 10368 Des Moines, IA 50306-0368 | |
19 | Fidelity National Title Insurance Company | |
20 | 601 Riverside Ave. Jacksonville, FL 32204 | |
21 | AND  DOES 1-10,000 | |
22 |     DEFENDANTS | |

26

27   1. Plaintiffs   have   determined   that   Fidelity   National   Title

28      Insurance   Company   is   not   involved   with   Defendants   Bank   of

1  America, Wells Fargo Home Mortgage, First American Trustee

2  Servicing Solutions and Real Estate Synthetic Investment

3  Securities Trust. Therefore, Plaintiff's moves the court to

4  withdraw the Fidelity National Title Company from this

5  action.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21                              Submitted By:

22

23

24                    Marion Russell Harris Jr.,

25                    Pamela Ann Harris

26                    Plaintiffs, Pro Se,

27

28                    January 30, 2012

Motion For Voluntary Withdrawl of Fidelity National Title Insurance Company

01/30/2012,

1

2

3

4

5

6

**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

7

8   Marion Russell Harris, Jr., Pro Se
    an Individual; and Pamela Ann Harris, an
    Individual

9

Case Number: 2:11-cv-03279-MCE-KJN

Plaintiffs,

10

**PROOF OF SERVICE**

vs.

11

12   WELLS FARGO BANK, N.A., BANK OF
     AMERICA NATIONAL ASSOCIATION,
     FIDELITY NATIONAL TITLE INSURANCE
13   COMPANY, REAL ESTATE SYNTHETIC
     INVESTMENT SECURITIES, FIRST
14   AMERICAN LOANSTAR TRUSTEE
     SERVICES, FIRST AMERICAN TRUSTEE
15   SERVICING SOLUTIONS, LLC, AND DOES
     1-10,000

**MOTION FOR VOLUNTARY
WITHDRAWAL OF FIDELITY
NATIONAL TITLE INSURANCE
COMPANY**

16

DEFENDANTS

17

18

19   Melba Henderson_____, declare that: I live or work in El Dorado County, State of

20   California. I am over the age of 18 and I am not a party to this action: my address is:

21   3941 Park Dr Ste 20 El Dorado Hills Ca 95762

22   On X Jan 30, 2012____ I served the within,

23   MOTION FOR VOLUNTARY WITHDRAWAL OF FIDELITY NATIONAL TITLE
     INSURANCE COMPANY  by Marion Russell Harris, Jr. and Pamela Ann Harris on all
24   interested parties in this action by placing true and correct copies in the United States
     Mail at El Dorado Hills, California as follows:

25   [ X ]    (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the
26            United States.

27

28

PROOF OF SERVICE,  PAGE 1

1    [ X ]    I declare under the penalty of perjury under the laws of the State of California that

2           the foregoing is true and correct.

3

4      x _Melba Henderson_____

5

6      x _Melba Henderson_____

7      Print Name

8                        **SERVICE LIST**

9   Bank of America, NA

10   214 N Tyron Street
     Charlotte, NC 28255

11

12   First American Trustee Servicing Solutions, LLC
     6 Campus Circle, 2nd Floor

13   Westlake, TX 76262

14   Wells Fargo Home Mortgage
     P.O. Box 10368

15   Des Moines, IA 50306-0368

16
     REAL ESTATE SYNTHETIC INVESTMENT SECURITIES TRUST

17   Unknown Address for Securitized Trust
     c/o Wells Fargo Home Mortgage-Alleged Servicer Agent

18   P.O. Box 10368
     Des Moines, IA 50306-0368

19
     FIDELITY NATIONAL TITLE INSURANCE COMPANY

20   601 Riverside Ave.
     Jacksonville, FL 32204

21

22

23

24

25

26

27

28