IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION RUSSELL HARRIS, JR., an individual, and PAMELA ANN HARRIS, an individual,

        Plaintiffs,

    v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

No. 2:11-cv-03279 MCE KJN PS

ORDER CONTINUING HEARING

      Three motions to dismiss (Dkt. Nos. 8, 11, 14) and three pending requests for judicial notice (Dkt. Nos. 9, 11-1, 15) are currently set to be heard on February 16, 2012, at 10:00 a.m., in Courtroom 25.  Plaintiffs filed a written opposition thereto.[1]  (Dkt. No. 20.)

      On the court's own motion, the hearing is hereby **CONTINUED** from February 16, 2012, to **Thursday, April 5, 2012, at 10:00 a.m., in Courtroom 25.**

////

////

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1       IT IS SO ORDERED.

2  DATED: February 6, 2012

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE