IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARION RUSSELL HARRIS, JR., an individual, and PAMELA ANN HARRIS, an individual,<br><br>           Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>           Defendants.<br>_____/ | No. 2:11-cv-03279 MCE KJN PS<br><br><br><br><br><br>ORDER CONTINUING HEARING |

       Three motions to dismiss (Dkt. Nos. 8, 11, 14) and three pending requests for judicial notice (Dkt. Nos. 9, 11-1, 15) are currently set to be heard on February 16, 2012, at 10:00 a.m., in Courtroom 25.  Plaintiffs filed a written opposition thereto.[1]  (Dkt. No. 20.)

       On the court's own motion, the hearing is hereby **CONTINUED** from February 16, 2012, to **Thursday, April 5, 2012, at 10:00 a.m., in Courtroom 25.**

////

////

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1  IT IS SO ORDERED.
2  DATED: February 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE