IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION RUSSELL HARRIS, JR., an individual, and PAMELA ANN HARRIS, an individual,

    Plaintiffs,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

No. 2:11-cv-03279 MCE KJN PS

ORDER

       As plaintiffs Marion and Pamela Harris ("plaintiffs") had been proceeding without counsel in this action, this case was previously referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). However, on March 29, 2012, plaintiffs filed a "Substitution of Attorney" identifying their new counsel as attorney Allan R. Frumkin. (Dkt. No. 26.)

       Pro se matters initially assigned to a Magistrate Judge pursuant to Eastern District Local Rule 302(c)(21) "shall be referred back to the assigned Judge if a party appearing in propria persona is later represented by an attorney appearing in accordance with L.R. 180." E. Dist. Local Rule 302(c)(21).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs filed a "Substitution of Attorney" identifying their new counsel as attorney Allan R. Frumkin (Dkt. No. 26). In violation of Local Rule 137(b), however, plaintiffs failed to file an electronic copy of a proposed order in connection therewith. In the interests of expediting this matter, however, the undersigned hereby approves the proposed Substitution of Attorney (Dkt. No. 26), as the plaintiffs' filing at Docket Number 26 otherwise substantially complies with Eastern District Local Rule 182(g).

2. Given that plaintiffs have retained counsel in connection with this matter (see Dkt. No. 26), the undersigned hereby refers this action back to District Judge Morrison C. England pursuant to Eastern District Local Rule 302(c)(21).

3. All hearing dates currently set before the undersigned are hereby vacated. With regard to the two pending motions to dismiss[1] and two requests for judicial notice filed by, respectively, defendant Bank of America ("B of A") and defendant First American Trustee Servicing Solutions, LLC, formerly known as First American Loanstar Trustee Services, LLC ("First American") (collectively, "the moving defendants") the moving defendants are to contact Judge England's courtroom deputy for purposes of setting a hearing date for their pending motions. (B of A's Mot., Dkt. No. 11; B of A's Request for Judicial Notice ("B of A's RJN"), Dkt. No. 11-1; First American's Mot., Dkt. No. 14; First American's Request for Judicial Notice ("First American's RJN"), Dkt. No. 15.) With regard to plaintiffs' recent filing styled as a "Motion to Dismiss" (Dkt. No. 28), which appears to be a request for dismissal without prejudice, plaintiffs are to contact Judge England's courtroom deputy for purposes of setting a hearing date for that motion.

////

---

[1] While another defendant, Fidelity National Title Insurance Company ("Fidelity"), also filed a motion to dismiss (Dkt. No. 8) and supporting request for judicial notice (Dkt. No. 9), Fidelity has since been dismissed from this action (Dkt. Nos. 19, 23).

1       IT IS SO ORDERED.

2 DATED: April 3, 2012

4 _____
   KENDALL J. NEWMAN
5    UNITED STATES MAGISTRATE JUDGE