UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARION RUSSELL HARRIS, et al.     No. 2:11-cv-03279-MCE-KJN

    Plaintiffs,

 v.                                ORDER

WELLS FARGO BANK, N.A., et al.,

    Defendants.

----oo0oo----

The plaintiffs herein, having filed a Motion to Dismiss Complaint Without Prejudice as to all Defendants [ECF No. 28], and upon review of such application, and good cause appearing:

It is ORDERED that Plaintiffs' complaint and matter is dismissed without prejudice as to all defendants. All remaining outstanding motions are therefore Moot and the Clerk of the Court is directed to close this case.

Dated: May 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1